JWAHN KIRK,                    )
                              )
        Plaintiff,            )
                              )
v s .                         )
                              )    Case No. 5:26-cv-6043
                              )
WRIGHT TRUCKING, INC.,        )
                              )
        Defendants.           )

## PETITION FOR REMOVAL

PLEASE TAKE NOTICE that Defendant Wright Trucking, Inc. ("Defendant"), by and through their attorneys, hereby removes to this Court the state court action described below pursuant to 28 U.S.C. §§ 1332 and 1441.

As grounds for removal, Defendant states as follows:

1.      This removal involves an action that was filed in the Circuit Court of the State of Missouri in and for the County of Buchanan, Case No. 25BU-CC00583. A true and correct copy of Plaintiff's Petition, filed on April 11, 2025, is attached as Exhibit A. Defendant timely filed its answer to the complaint on July 29, 2025, a true and correct copy of which is attached as Exhibit B.

2.      Plaintiff's Petition asserts claims for Violation of § 287.780 of the Missouri Human Rights Act (Count I); Hostile Work Environment/Discrimination based on Disability (Count II); and Hostile Work Environment/Discrimination based on Disability (Count III). Plaintiff seeks damages he has sustained, punitive damages, attorney's fees and costs, and other relief as appropriate.

1

3.      Removal of this action is proper because this is a civil action that falls under the Court's original jurisdiction.

4.      Complete diversity exists between the parties, and the amount in controversy exceeds $75,000, exclusive of interest and costs. *See* 28 U.S.C. §§ 1332(a), 1441(b).

5.      Plaintiff, in his Petition, did not provide his state of residence. *See* Ex. A.

6.      Defendant served Interrogatories on Plaintiff on December 18, 2025.

7.      After multiple extensions, Plaintiff served responses to Defendant's Interrogatories on February 25, 2026.

8.      In his responses, Plaintiff provided the following response to Defendant's Interrogatory No. 1:

"State Plaintiff's full name (and any other names by which Plaintiff has been known), date of birth, social security number, current home address, and current employer.

ANSWER:

Name: Jwahn Kirk
DOB: ▮▮▮▮▮
SS#: ▮▮▮▮▮▮
Current Home Address: ▮▮▮▮▮▮▮▮▮▮, Atchison, KS. 66002"

*See* Ex. C.

9.      Plaintiff also produced, in discovery, his Claim for Compensation with the Missouri Department of Labor and Industrial Relations, Division of Workers' Compensation. Plaintiff provides that he is a resident of the State of Kansas. *See* Ex. D.

10.	Plaintiff's Claim for Compensation was filed on March 27, 2025, fifteen days before the filing of his Petition.

11.	Plaintiff is, and was at the time of filing his Petition, a resident of the state of Kansas.

12.	If the case as stated by the initial pleading is not removable, a defendant may file a notice of removal within 30 days of receiving an "amended pleading, motion, order, or other paper" that first makes it ascertainable that the case is removable. 28 USC § 1446; *Dalton v. Walgreen Co.*, 721 F.3d 492 (2013); *Davis Neurology Pa v. Doctordirectory.com LLC*, 896 F.3d 872 (2018).

13.	Information obtained during discovery may qualify as "other paper" under 28 USC § 1446. *Dalton v. Walgreen Co.*, 721 F.3d 492 (2013).

14.	At the time this action was commenced and at all times since, Defendant has been a corporation organized and existing under the laws of the State of Missouri with its principal place of business in the State of Missouri. Therefore, for purposes of 28 U.S.C. § 1332 and 28 U.S.C. § 1441, Defendant is a citizen of the State of Missouri

15.	Upon information and belief, the Plaintiff is not a citizen of a state where the Defendant has citizenship, and therefore, complete diversity exists between the parties.

16.	Plaintiff's Petition states that Plaintiff seeks damages for injuries he has sustained, punitive damages, attorney's fees and costs, and any further relief the court deems proper.

17.	Therefore, the amount in controversy exceeds the sum of $75,000, exclusive of interest and costs.

3

18.     Venue is appropriate in this Court because the matter is removed from the Circuit Court of the State of Missouri in and for the County of Buchanan.

19.     In filing this Notice of Removal, Defendants do not waive any defenses that may be available, including, without limitation, jurisdiction, venue, and the right to compel arbitration under 9 U.S.C. § 1, et seq. Defendants do not admit any of the factual allegations in the Complaint. The Defendants expressly reserve the right to contest those allegations at the appropriate time.

20.     For the foregoing reasons, removal is proper, and this Court has original jurisdiction over this case.

WHEREFORE, Defendant respectfully requests that this action, captioned *Jwahn Kirk v. Wright Trucking, Inc*., No. 25BU-CC00583, and currently pending in the Circuit Court of the State of Missouri, County of Buchanan, be removed to this Court, and that the Court grant such other and further relief as it deems necessary and appropriate.

DATED: March 5, 2026

Respectfully submitted,

FORDHARRISON LLP

/s/ Jeffrey M. Linihan
Jeffrey M. Linihan, #49789
7777 Bonhomme Avenue, Suite 1710
St. Louis, MO 63105
(314) 257-0301 – Phone
(314) 257-0325 – Fax
jlinihan@fordharrison.com

*Attorney for Defendant*

4

<u>**CERTIFICATE OF SERVICE**</u>

The undersigned attorney hereby certifies that a true and correct copy of the foregoing document was served via e-mail on this 5th day of March 2026, upon:

R. Edward Murphy – Mo. Bar #27968
3101 Frederick Avenue, Suite B
St. Joseph, Missouri 64506
Tel. (816) 262-3754
Fax: (816) 866-7772
edmurphy@remurphylaw.com

/s/ *Jeffrey M. Linihan*

5